THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK STOCK YARDS COMPANY, Appellant, *v.* MARTIN SAXE et al., Constituting the STATE TAX COMMISSION, Respondents.

*People ex rel. N. Y. Stock Yards Co.* v. *Saxe,* 178 App. Div. 943, affirmed.

(Submitted November 14, 1917; decided December 4, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 19, 1917, which confirmed a determination of the state tax commission refusing to revise and readjust the corporate franchise tax assessed against relator under section 182 of the Tax Law for the year ending October 31, 1914. The sole question was as to the amount of tax, the relator claiming that the respondents erred in their appraisal of the capital stock under section 193 of the Tax Law. No question was raised as to value of the tangible assets of the relator nor as to the average liabilities, but it was contended that a different method of valuation of the good will of the relator should have been adopted. The actual dividends having aggregated less than six per cent, the commission

was required to appraise the capital stock under section 193 of the Tax Law, which it appraised at $500,000, the amount for which the good will was purchased, rejecting the appraisal by the relator, which sought to value the good will at one year's purchase on the amount of profits.

*Charles Capron Marsh* for appellant.

*Merton E. Lewis,* Attorney-General (*Harold J. Hinman* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ.